IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In the Matter Of: | Case No. 20-04827 (ESL) |
| JOSR HIRAM ANDRADES MALDONADO<br>SSN: xxx-xx-1706 | Chapter 13 |
| Debtor | |

NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION

TO THE HONORABLE COURT:

COMES NOW, creditor POPULAR AUTO LLC, represented by the undersigned attorney and very respectfully states and prays as follows:

1. On January 21st 2021, appearing creditor filed an "Objection to Confirmation of Debtor's Chapter 13 Plan ..." because the date provided for the beginning of the insurance coverage for the collateral financed with Popular Auto was incorrect. See docket no. 15.

2. Debtor filed an Amended Chapter 13 Plan dated January 21ST 2021 (docket no. 18), that takes care of the objection to confirmation. In view of the above-stated, appearing creditor wishes to withdraw its Objection to Confirmation.

WHEREFORE, creditor POPULAR AUTO LLC, respectfully requests this Honorable Court to take notice of the withdrawal of its Objection to Confirmation.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY: That on January 21st 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Mr. Roberto Figueroa Carrasquillo, Esq., Attorney for debtor; Mr. Alejandro

Notice of Withdrawal of Objection …
Case No. 20-04827 (ESL)
By: Popular Auto
January 21, 2021
Page No. 2

Oliveras Rivera, Esq., Chapter 13 Trustee; and I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants: Mr. Jose H. Andrades Maldonado, Debtor, HC 1 Box 4496, Naguabo, P.R. 00718.

Respectfully submitted in San Juan, Puerto Rico, this 21st day of January, 2021.

**s/ EDGAR A. VEGA RIVERA**
EDGAR A. VEGA RIVERA, ESQ.
USDC- PR 212210
Attorney for Popular Auto LLC
Consumer Bankruptcy Department
PO Box 366818
San Juan, Puerto Rico 00936-6818
Tel. (787) 753-7849; Fax. (787) 751-7827
E-mail: edgar.vega@popular.com