**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**JOSE HIRAM ANDRADES MALDONADO**<br>**dba JH Transporte**<br><br>**xxx–xx–1706**<br><br>Debtor(s) | Case No. **20–04827 ESL**<br><br>Chapter **13**<br><br><br>FILED & ENTERED ON 4/13/21 |

*ORDER*

Chapter 13 Trustee's objection to claim #7 filed by Island Portfolio Services, LLC (docket entry #30), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, April 13, 2021 .

Enrique S. Lamoutte
United States Bankruptcy Judge