IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 20-04827/EAG |
| | * | |
| JOSE ANDRADES MALDONADO | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | |

**DEBTOR'S NOTICE OF FILING OF *AMENDED SCHEDULES "I "& "J"* OFFICIAL FORM 106I & 106J**

**TO THE HONORABLE COURT:**

**COMES NOW, JOSE ANDRADES MALDONADO,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting *Amended Schedules "I" and "J"*, dated January 29, 2024, herewith and attached to this motion.

2. The amendments to Schedules "I" and "J" is filed **to reflect Debtor's actual income and expenses**, in the above captioned case.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and to all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the Debtor and to all creditors and interested parties appearing in the master address list (CM/ECF non-participants), hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 29th day of January, 2024.

/s/*Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY for the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

Fill in this information to identify your case:

Debtor 1        JOSE HIRAM ANDRADES MALDONADO

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number    3:20-bk-4827
(If known)

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Fireman | |
   | Employer's name | Cuerpo de Bomberos de PR | |
   | Employer's address | PO Box 13325<br>San Juan, PR 00908-3325 | |
   | How long employed there? | 25 Year(s) 0 Month(s) | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 3,448.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 3,448.00 | $ N/A |

Debtor 1    JOSE HIRAM ANDRADES MALDONADO      Case number (if known)   3:20-bk-4827

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 3,448.00 | $ N/A |
| 5. | List all payroll deductions: |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 496.30 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 56.20 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 20.00 | $ N/A |
| 5h. | Other deductions. Specify: GPR Plan Aport Definidas | 5h.+ | $ 293.08 + | $ N/A |
|  | Ahorros AEELA |  | $ 103.44 | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 969.02 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 2,478.98 | $ N/A |
| 8. | List all other income regularly received: |  |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 85.17 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: Christmas Bonus $600.00/12 | 8h.+ | $ 50.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 135.17 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,614.15 + $ N/A | = $ 2,614.15 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11. +$   0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies    12. $ 2,614.15   Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
  ☒ No.
  ☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1: JOSE HIRAM ANDRADES MALDONADO

Debtor 2:
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number: 3:20-bk-4827
(If known)

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☒ No
   Do not list Debtor 1 and Debtor 2.
   ☐ Yes. Fill out this information for each dependent............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

   Do not state the dependents names.

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. ..................................................... 4. $ 367.00

   If not included in line 4:
   4a. Real estate taxes ..................................................................................... 4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance ........................................ 4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses ................................ 4c. $ 0.00
   4d. Homeowner's association or condominium dues ................................... 4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans ... 5. $ 0.00

Debtor 1  JOSE HIRAM ANDRADES MALDONADO  Case number (if known) 3:20-bk-4827

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 180.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 45.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 88.17 |
| | 6d. Other. Specify: Gas | 6d. | $ | 6.67 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 541.92 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 74.00 |
| 10. | **Personal care products and services** | 10. | $ | 120.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 130.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 320.17 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 40.22 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 40.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 0.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | | 0.00 |

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                                $ 1,953.15
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b. The result is your monthly expenses.             $ 1,953.15

23. **Calculate your monthly net income.**
    23a. Copy line 12 (your combined monthly income) from Schedule I.  23a. $  2,614.15
    23b. Copy your monthly expenses from line 22c above.               23b. -$ 1,953.15

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                      23c. $  661.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ☐ No.
    ☒ Yes.  Explain here: NONE

## United States Bankruptcy Court
### District of Puerto Rico

In re  JOSE HIRAM ANDRADES MALDONADO  
Debtor(s)

Case No. 3:20-bk-4827  
Chapter 13

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

### PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:
1. Gross Income For 12 Months Prior to Filing: $ _____

### PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:
2. Gross Monthly Income $ 291.67

### PART C - ESTIMATED FUTURE MONTHLY EXPENSES:
3. Net Employee Payroll (Other Than Debtor) $ _____
4. Payroll Taxes
5. Unemployment Taxes
6. Worker's Compensation
7. Other Taxes
8. Inventory Purchases (Including raw materials) 0.00
9. Purchase of Feed/Fertilizer/Seed/Spray
10. Rent (Other than debtor's principal residence)
11. Utilities 0.00
12. Office Expenses and Supplies
13. Repairs and Maintenance 50.30
14. Vehicle Expenses 138.50
15. Travel and Entertainment
16. Equipment Rental and Leases
17. Legal/Accounting/Other Professional Fees
18. Insurance
19. Employee Benefits (e.g., pension, medical, etc.)
20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| Food-at-work | 10.87 |
| Work Uniform | 6.83 |

22. Total Monthly Expenses (Add items 3-21) $ 206.50

### PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:
23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) $ 85.17

Fill in this information to identify your case:

Debtor 1: JOSE HIRAM ANDRADES MALDONADO
Debtor 2 (Spouse if, filing):
United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO
Case number (if known): 3:20-bk-4827

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ JOSE HIRAM ANDRADES MALDONADO
JOSE HIRAM ANDRADES MALDONADO
Signature of Debtor 1

X _____
Signature of Debtor 2

Date January 29, 2024
Date _____

Official Form 106Dec      Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

```
Label Matrix for local noticing        (p)ASOCIACION DE EMPLEADOS DEL ELA        BANCO POPULAR DE PUERTO RICO
0104-3                                  ATTN IRITZA ORTIZ ECHEVARRIA              MARTINEZ & TORRES LAW OFFICES, P.S.C.
Case 20-04827-EAG13                     PO BOX 364508                             PO BOX 192938
District of Puerto Rico                 SAN JUAN PR 00936-4508                    SAN JUAN, PR 00919-3409
Old San Juan
Thu Jan 25 10:08:34 AST 2024

BANCO POPULAR PR - SPECIAL LOANS        (p)RODRIGUEZ FERNANDEZ LAW OFFICE LLC     POPULAR AUTO
PO BOX 362708                           ATTN ISLAND PORTFOLIO AS SERVICER OF FAIRWAY ACQUI   PO BOX 366818
SAN JUAN, PR 00936-2708                 P O BOX 361110                            SAN JUAN, PR 00936-6818
                                        SAN JUAN PR 00936-1110

US Bankruptcy Court District of P.R.    Banco Popular de Puerto Rico              Banco Popular de Puerto Rico
Jose V Toledo Fed Bldg & US Courthouse  Mortgage Servicing Department             PO BOX 192938
300 Recinto Sur Street, Room 109        PO Box 362708                             SAN JUAN, PR 00919-3409
San Juan, PR 00901-1964                 San Juan, PR 00936-2708

Banco Popular de Puerto Rico            Citibank, N.A.                            EASTERN AMERICA INSURANCE
Special Loans Department (749)          5800 S Corporate Pl                       PO BOX 9023862
PO Box 362708                           Sioux Falls, SD 57108-5027                SAN JUAN, P.R 00902-3862
San Juan, PR 00936-2708

Island Finance                          POPULAR AUTO                              (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 71504                            BANKRUPTCY DEPARTMENT                     PO BOX 41067
San Juan, PR 00936-8604                 PO BOX 366818                             NORFOLK VA 23541-1067
                                        SAN JUAN PUERTO RICO 00936-6818

SBA US Small Business Administration    Sistema de Retiro-Bomberos                Syncb/Sams Club DC
PO Box 3918                             PO Box 42003                              PO Box 965005
Portland, OR 97208-3918                 San Juan, PR 00940-2203                   Orlando, FL 32896-5005

Synchrony Bank                          Thd/Cbna                                  JOSE HIRAM ANDRADES MALDONADO
c/o of PRA Receivables Management, LLC  PO Box 6497                               HC1 BOX 4496
PO Box 41021                            Sioux Falls, SD 57117-6497                NAGUABO, PR 00718-9527
Norfolk, VA 23541-1021

MONSITA LECAROZ ARRIBAS                 OSMARIE NAVARRO MARTINEZ                  ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)          CHAPTER 13 TRUSTEE                        PO BOX 186
OCHOA BUILDING                          PO BOX 9024062                            CAGUAS, PR 00726-0186
500 TANCA STREET SUITE 301              SAN JUAN, PR 00902-4062
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AEELA                                   ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF    (d)AEELA
PO BOX 364508                           PO BOX 361110                             PO Box 364508
SAN JUAN, PR 00936-4508                 SAN JUAN, PR 00936                        San Juan, PR 00936-4508
```

(d) Island Portfolio Services, LLC as servicer  
PO BOX 361110  
San Juan PR 00936

Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Popular Auto  
PO Box 366818  
San Juan, PR 00936-6818

End of Label Matrix  
Mailable recipients   23  
Bypassed recipients    1  
Total                 24