# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. **20-04827** (EAG) |
|---|---|
| **JOSE HIRAM ANDRADES MALDONADO** | CHAPTER 13 |
| Debtor(s) | |

## MOTION REQUESTING ENTRY OF ORDER
## FOR TRUSTEE TO STOP DISBURSEMENTS TO CLAIM NO. 4

TO THE HONORABLE COURT:

Comes now, creditor Banco Popular de PR – Special Loans (hereinafter "Banco Popular"), through its undersigned attorney and very respectfully, states and prays:

1. Banco Popular filed an unsecured claim in the amount of $1,407.85 for monies loaned under the SBA Payment Protection Program. [*See*, Claims Register, Proof of Claim number 4]

2. Debtor submitted the application for loan forgiveness and the same was granted by the Small Business Administration.

3. Afterwards, Banco Popular received a payment of $50.06 from the Trustee, in accordance with the terms of the confirmed plan.

4. Since the SBA loan was forgiven, Banco Popular will return said payment to the Chapter 13 Trustee.

5. The appearing creditor also requests that this Court enters an order for the trustee to stop disbursements to Banco Popular regarding proof of claim no. 4.

WHEREFORE, it is respectfully requested from this Honorable Court to take notice of the above-stated and enter an order for the trustee to stop disbursements to Banco Popular regarding proof of claim no. 4.

## NOTICE

Within fourteen (14) days after service as evidenced by this certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the US Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this paper will be deemed unopposed and may be granted

unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I CERTIFY:** That *the preceding document has been electronically filed with the Clerk of the Court, using the CM/ECF System. Notice has been sent electronically to debtor's counsel,* **ROBERTO FIGUEROA CARRASQUILLO** rfc@rfigueroalaw.com; **OSMARIE NAVARRO MARTINEZ** aorecf@ch13sju.com; UST, ustpregion21.hr.ecf@usdoj.gov; and to all CM/ECF registered users.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th day of April 2024.

**Banco Popular PR-Special Loans**
PO Box 362708 (Legal Division 745)
San Juan, P. R. 00936-2708
Tel. 787-753-1017
Fax 787-765-4064

/s/EDUARDO M. VERAY LOPEZ, ESQ.
USDC-PR 224407
eduardo.veray@popular.com